UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TML RECOVERY, LLC, a California Limited Liability Company; LINDSEY COOPER MYERS, TRAVIS SHANE PAUTSCH, and MORGAN MAYER RICHARDSON,<br><br>Plaintiffs,<br><br>v.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, NORTHWESTERN MUTUAL INVESTMENT SERVICES, LLC; THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; PACIFIC ADVISORS, LLC; PARK AVENUE SECURITIES, LLC; RANDALL SCOTT BOLL; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 8:18−cv−02011 JLS -ADSx<br><br>**PROTECTIVE ORDER**<br><br>Action Filed: November 9, 2018<br>Trial Date: None assigned<br><br>Judge: Hon. Josephine L. Staton<br>Magistrate Judge: Autumn D. Spaeth |

Upon consideration of the Confidentiality Stipulation between the parties in *TML Recovery, LLC v. The Northwestern Mutual Life Insurance Company*, et al., Case No. 8:18−cv−02011 JLS -ADSx, the Court hereby approves said Stipulation and included Exhibits and orders the parties to comply with its terms.

Dated: February 11, 2019,    /s/ Autumn D. Spaeth
                             _____
                             Hon. Autumn D. Spaeth
                             U.S. Magistrate Judge

20159552.1

- 1 -

CASE NO. 8:18−CV−02011 JLS -ADS
PROTECTIVE ORDER